UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Abeer AbouYabis, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-02438-ELR-CCB |
| Emory University et al., | ) |
| Defendants. | ) |

## DEFENDANT JASON WEIDEN'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Jason Weiden, through his undersigned counsel, for the reasons set forth in the accompanying Brief in Support, respectfully moves this Court for an order dismissing Plaintiff's First Amended Complaint for failure to state a claim upon which relief can be granted.

[THIS SPACE IS INTENTIONALLY LEFT BLANK]

1

Respectfully submitted this 18th day of July, 2025.

**National Jewish Advocacy Center, Inc.**

By: */s/ Lauren Israelovitch*
Lauren Israelovitch*
3 Times Square
New York, NY 10036
(914) 222-3828
lauren@njaclaw.org
*Admitted pro hac vice


**Weissmann Zucker Euster + Katz P.C.**

By: */s/ David F. Katz*
DAVID F. KATZ
The Fountains at Piedmont Center
Building 11, Suite 950
3495 Piedmont Road
Atlanta, Georgia 30305
T. 404-390-2941
dkatz@wzlegal.com
GA Bar No. 408738


*Attorneys for Defendant Jason Weiden*

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1**

I HEREBY CERTIFY that the foregoing document was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1.

**National Jewish Advocacy Center, Inc.**

By: */s/ Lauren Israelovitch*
Lauren Israelovitch*
3 Times Square
New York, NY 10036
(914) 222-3828
lauren@njaclaw.org
*Admitted pro hac vice

**Weissmann Zucker Euster + Katz P.C.**

By: */s/ David F. Katz*
DAVID F. KATZ
The Fountains at Piedmont Center
Building 11, Suite 950
3495 Piedmont Road
Atlanta, Georgia 30305
T. 404-390-2941
dkatz@wzlegal.com
GA Bar No. 408738

*Attorneys for Defendant Jason Weiden*