IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ABEER ABOUYABIS,<br><br>       *Plaintiff,*<br>vs.<br><br>EMORY UNIVERSITY ET AL,<br><br>       *Defendants.* | Case No. 1:25-cv-02438-ELR-CCB<br><br><br><br>**(Judge Eleanor L. Ross)** |

### MILSTEIN DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Milstein Defendants, pursuant to Rule 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully move this Court to dismiss Plaintiff's First Amended Complaint. The grounds for this Motion include lack of personal jurisdiction under Rule 12(b)(2) and failure to state a claim upon which relief can be granted under Rule 12(b)(6).

In support of this Motion, Defendant relies upon the accompanying Memorandum of Law filed contemporaneously herewith, as required by Local Rule 7.1A(1).

RESPECTFULLY SUBMITTED this 20th day of August 2025.

/s/ *Mark Pinkert*
Mark Pinkert, Esq. (*pro hac vice*)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
PLLC
119 S. Monroe Street, Suite 500
Tallahassee, FL 32301
203-415-6665
mpinkert@holtzmanvogel.com

Jason Torchinsky, Esq. (*admitted pro hac vice*)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
PLLC
2300 N Street NW, Suite 643
Washington, DC 20037
202-737-8808
jtorchinsky@holtzmanvogel.com

Bryan P. Tyson
CLARK HILL PLC
Georgia Bar No. 515411
3630 Peachtree Road, NE
Suite 550
Atlanta, Georgia 30326
678-370-4377
btyson@clarkhill.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D and 5.1(B), I hereby certify that this Motion to Dismiss has been prepared using Century Schoolbook 13-point font and otherwise complies with the formatting requirements of the Local Rules of this Court.

/s/ *Mark Pinkert*
Mark Pinkert, Esq.
Counsel for Milstein Defendants

## CERTIFICATE OF SERVICE

I certify that on August 20, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's electronic filing system, which will send a copy to all counsel of record.

/s/ Mark Pinkert
Mark Pinkert, Esq.
Counsel for Milstein Defendants
