IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ABEER ABOUYABIS,<br><br>　　　*Plaintiff,*<br>vs.<br><br>EMORY UNIVERSITY ET AL,<br><br>　　　*Defendants.* | Case No. 1:25-cv-02438-ELR-CCB<br><br><br><br><br><br><br><br>**(Judge Eleanor L. Ross)** |

**MILSTEIN DEFENDANTS' MOTION FOR RULE 11 SANCTIONS**

Adam Milstein, Gila Milstein, and the Adam and Gila Milstein Family Foundation (the "Milstein Defendants") respectfully move this Court pursuant to Rule 11 of the Federal Rules of Civil Procedure for the imposition of sanctions against Plaintiff and Plaintiff's Counsel.

This Motion is based on the grounds that Plaintiff's Amended Complaint violates Rule 11(b) because it is presented for an improper purpose, lacks evidentiary support, and asserts legal contentions that are not warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law.

1

In support of this Motion, Defendant relies upon the accompanying Memorandum of Law filed contemporaneously herewith, as required by Local Rule 7.1A(1).

RESPECTFULLY SUBMITTED this _20_ day of _August_ 2025.

/s/    *Mark Pinkert*
Mark Pinkert, Esq. (*admitted pro hac vice*)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe Street, Suite 500
Tallahassee, FL 32301
203-415-6665
mpinkert@holtzmanvogel.com

Jason Torchinsky, Esq. (*admitted pro hac vice*)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
2300 N Street NW, Suite 643
Washington, DC 20037
202-737-8808
jtorchinsky@holtzmanvogel.com

Bryan P. Tyson
CLARK HILL PLC
Georgia Bar No. 515411
3630 Peachtree Road, NE
Suite 550
Atlanta, Georgia 30326

678-370-4377
btyson@clarkhill.com

/s/ with permission
Bryan P. Tyson, Esq.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D and 5.1(B), I hereby certify that this Motion to Dismiss has been prepared using Century Schoolbook 13 point font and otherwise complies with the formatting requirements of the Local Rules of this Court.

/s/ Mark Pinkert
Mark Pinkert, Esq.
Counsel for Milstein Defendants

5

## CERTIFICATE OF SERVICE

I certify that on __August 20_____, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's electronic filing system, which will send a copy to all counsel of record.

    /s/ Mark Pinkert           
Mark Pinkert, Esq.
Counsel for Milstein Defendants
