IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ABEER ABOUYABIS,** | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:25-CV-02438-ELR-CCB |
| **EMORY UNIVERSITY et al.,** | |
| Defendants. | |

## ORDER

On August 27, 2025, Plaintiff filed a motion to stay briefing on Defendants' pending motions to dismiss and on the motion for Rule 11 sanctions that has been filed by the Milstein Defendants. (Doc. 24). Plaintiff argues that she plans to file a motion seeking leave to file a second amended complaint and that, if such an amended complaint is permitted, it would moot the pending motions to dismiss and resolve at least some of the issues raised in the Rule 11 motion. *Id.* at 1-2. Alternatively, Plaintiff moves to stay the briefing on the motions to dismiss and extend the time to respond to the Rule 11 motion to September 26, 2025. *Id.* at 4. Defendant Weiden consents to the request to stay briefing. *Id.* at 3. The Milstein

Defendants object to staying the briefing; however, they consent to the request for an extension of time to respond to the Rule 11 motion. *Id.*

The Court acknowledges the concerns expressed by the Milstein Defendants, particularly in light of the similar case filed in the District Court for the District of Columbia. (Doc. 25 at 3). They object to a stay, arguing that Plaintiff has had ample time to decide how to craft her complaint and that any further delay is unnecessary. *Id.* at 5-8. Under these circumstances, however, it would not be efficient for the Court to consider the motions to dismiss and the motions for sanctions at separate times—practically, I am going to review all of the motions together, and it makes sense to keep their briefing on the same general schedule. That being said, I do share the Milstein Defendants' concerns about delay. Therefore, to try and solve for that concern, I am going to stay the briefing but set a deadline by which Plaintiff must file the motion for leave to file a second amended complaint. If Plaintiff plans to seek leave to file a second amended complaint, she is **ORDERED** to do so by **September 16, 2025**, in which case all motion response deadlines will be **STAYED** pending the Court's ruling on the motion for leave to amend. If Plaintiff elects not to seek leave to amend, however, then Plaintiff shall file her responses to Defendants' motions to dismiss, and to the Rule 11 motion, no later than **September 26, 2025**.

If Plaintiff does file a motion for leave to file a second amended complaint, the parties should expect that we will begin to brief and take up the pretrial motions (the motion for leave to file the second amended complaint, the pending motions, any motions that might follow a new complaint, if such a complaint is authorized) at a quicker pace. There are many Defendants, most of whom have not even yet appeared, and I want to make sure this case does not stall out of the gate.

**IT IS SO ORDERED,** this 3rd day of September, 2025.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE