# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ABEER ABOUYABIS,

       *Plaintiff,*

vs.

EMORY UNIVERSITY ET AL,

       *Defendants.*

Case No. 1:25-cv-02438-ELR-CCB

**(Judge Christopher Bly)**

## ANN AND ROBERT FROMER CHARITABLE FOUNDATION INC.'S MOTION FOR RULE 11 SANCTIONS

Ann and Robert Fromer Charitable Foundation Inc. (the "Fromer Foundation") respectfully move this Court pursuant to Rule 11 of the Federal Rules of Civil Procedure for the imposition of sanctions against Plaintiff and Plaintiff's Counsel.

This Motion is based on the grounds that Plaintiff's Amended Complaint violates Rule 11(b) because it is presented for an improper purpose, lacks evidentiary support, and asserts legal contentions that are not warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law.

In support of this Motion, the Fromer Foundation relies upon the accompanying Memorandum of Law filed contemporaneously herewith, as required by Local Rule 7.1A(1).

RESPECTFULLY SUBMITTED this 26th day of March 2026.

/s/ *Mark Pinkert*
Mark Pinkert, Esq. (*admitted pro hac vice*)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
2333 Ponce de Leon Blvd., Suite 600
Coral Gables, FL 33134
203-415-6665
mpinkert@holtzmanvogel.com

Jason Torchinsky, Esq. (*admitted pro hac vice*)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
2300 N Street NW, Suite 643
Washington, DC 20037
202-737-8808
jtorchinsky@holtzmanvogel.com

Bryan P. Tyson
CLARK HILL PLC
Georgia Bar No. 515411
3630 Peachtree Road, NE
Suite 550
Atlanta, Georgia 30326
678-370-4377
btyson@clarkhill.com

2

/s/ Bryan P. Tyson
Bryan P. Tyson, Esq.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D and 5.1(B), I hereby certify that this Motion for Rule 11 Sanctions has been prepared using Century Schoolbook 13-point font and otherwise complies with the formatting requirements of the Local Rules of this Court.

/s/ Mark Pinkert
Mark Pinkert, Esq.
Counsel for the Fromer Foundation

## CERTIFICATE OF SERVICE

I certify that on March 26, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's electronic filing system, which will send a copy to all counsel of record.

*/s/ Mark Pinkert*
Mark Pinkert, Esq.
Counsel for Fromer Foundation

3