**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ABEER ABOUYABIS,

      *Plaintiff,*

vs.

EMORY UNIVERSITY ET AL,

      *Defendants.*

Case No. 1:25-cv-02438-ELR-CCB

**(Judge Christopher Bly)**

**[Proposed] ORDER REGARDING FROMER FOUNDATION
DEFENDANT'S MOTION FOR RULE 11 SANCTIONS**

This matter is before the Court on the Fromer Foundation Defendant's

Motion for Sanctions pursuant to Federal Rule of Civil Procedure 11. Having

considered the Motion and the briefing of the parties, this Court finds that

Plaintiff's Second Amended Complaint as to the Fromer Foundation

Defendant violates Rule 11(b).

Accordingly, it is hereby ORDERED that Defendants' Motion for

Sanctions is **GRANTED**. Plaintiff is sanctioned as follows:

1

- Plaintiff's Second Amended Complaint is DISMISSED with prejudice against Ann and Robert Fromer Charitable Foundations Inc., (the "Fromer Foundation" Defendant").

- Plaintiff's shall pay Defendant's reasonable attorneys' fees and costs incurred in responding to the offending filing.

SO ORDERED this        day of        , 2026.

_____

United States District Judge
Northern District of Georgia

2